

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-27-2010

# USA v. Glenn Flemming

Precedential or Non-Precedential: Precedential

Docket No. 09-2726

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"USA v. Glenn Flemming" (2010). *2010 Decisions.* Paper 511.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/511

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-2726

_____

UNITED STATES OF AMERICA

v.

GLENN FLEMMING,
a/k/a Nasir Huggins,
                              Appellant

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action No. 2-03-cr-00148-001)
District Judge: Honorable Anita B. Brody

_____

Argued January 11, 2010

Before: AMBRO, CHAGARES , Circuit Judges and JONES,[*]District Court Judge.

(Opinion filed July 27, 2010)

**ORDER AMENDING PRECEDENTIAL OPINION**

AMBRO, *Circuit Judge*

　　IT IS NOW ORDERED that the published Opinion in the above case filed July 27, 2010, be amended as follows:

　　Due to a word processing error, on page 13, footnote 7 should be numbered 6, and all footnotes thereafter should be numbered sequentially.

_____

　[*]The Honorable John E. Jones, III, United States District Judge for the Middle District of Pennsylvania, sitting by designation.

By the Court,


/s/ Thomas L. Ambro, Circuit Judge

Dated: September 27, 2010
tmk/cc: Salvatore L. Astolfi, Esq.
   Bernadette A. McKeon, Esq.
   Peter A. Levin, Esq.

2